## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Case No. 1:22-cv-02203

ACCESS 4 ALL INCORPORATED
and CARLOS CUESTA,

    Plaintiffs,

v.

NATHAN SHWARTZ FAMILY LIMITED
PARTNERSHIP, LLLP and RMR
COLORADO, LLC D/B/A BLACK-EYED
PEA,

    Defendants.

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

    Plaintiffs, ACCESS 4 ALL INCORPORATED and CARLOS CUESTA, and Defendant, RMR COLORADO, LLC D/B/A BLACK-EYE PEA, ("Defendant"), by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby STIPULATE AND AGREE that this matter has been settled and to the immediate dismissal of this action with prejudice, with each party to bear its own attorney's fees and costs except as indicated in the settlement agreement.

STIPULATED AND AGREED by Counsel for the Parties on the dates below written.

Respectfully submitted on November 7, 2022.

| | |
|---|---|
| */s/ Anthony J. Perez* <br> ANTHONY J. PEREZ, ESQ. <br> GARCIA-MENOCAL & PEREZ, P.L. <br> 1600 Broadway <br> Denver, CO 80202 <br> Telephone: (305) 553-3464 <br> Email: ajperez@lawgmp.com <br> *Attorney for Plaintiff* | */s/ Amanda H. Halstead* <br> AMANDA H. HALSTED <br> MILLS HALSTEAD & ZALOUDEK, LLC. <br> 600 Seventeenth Street, Suite 2800 <br> Denver, Colorado 80202 <br> Telephone: (303)226-5861 <br> Email:  ahh@mhzlegal.com <br> *Attorney for Defendant  RMR COLORADO, LLC D/B/A BLACK-EYED PEA* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the Court's electronic filing system upon all parties of record on November 7, 2022.

**GARCIA-MENOCAL & PEREZ, P.L.**
*Attorneys for Plaintiff*
1600 Broadway
Denver, CO 80202
Telephone: (305) 553-3464
Facsimile: (305) 553-3031
Primary E-Mail: ajperez@lawgmp.com
Secondary E-Mail: dperaza@lawgmp.com
bvirues@lawgmp.com


By: ___/s/ Anthony J. Perez_____
      ANTHONY J. PEREZ